# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**
Related to: US v Isaac Afful / 1:25-CR-212 (CMH)

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** Hilton

City:

**Superseding Indictment:**

**Criminal No.** 1:25-CR-216

County: Arlington

Same Defendant:

New Defendant: XXX

Magistrate Judge Case No.:

**Arraignment Date:**

Search Warrant Case No.:

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** RICHARD BOATENG   Alias(es):   ☐ Juvenile   FBI No.

**Address:** Silver Spring MD

**Employment:**

**Birth Date:** xx/xx/1992   **SSN:** xxx-xx-0562   **Sex:** Male   **Race:** Black   **Nationality:** Ghana

**Place of Birth:** Accra, Ghana   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:** English   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Marc Eisenstein   ☐ Court Appointed   Counsel Conflicts:

**Address:** 1710 Rhode Island Ave NW, Washington, DC 20036   ☒ Retained

**Phone:** (202) 657-4490   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Katherine Rumbaugh & Zachary Ray   **Phone:** 703.299.3700   Bar No.

**Complaint Agency - Address & Phone No. or Person & Title:**

U.S. Postal Inspection Service

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §§ 371 & 2315 | Conspiracy to receive and possess stolen money | 1 | Felony |
| Set 2: | | | | |

**Date:** 7/22/2025   **AUSA Signature:** /s/ Katherine E. Rumbaugh   *may be continued on reverse*